Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  15−18547−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jorge Orcada
    59 Sharot Street
    Carteret, NJ 07008

Social Security No.:
    xxx−xx−2395

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after November 4, 2020 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 5, 2020
JAN: pbf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jorge Orcada  
    Debtor(s)

Case No. 15-18547-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 05, 2020 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge Orcada, 59 Sharot Street, Carteret, NJ 07008-2908 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 05, 2020 | Form ID: clsnodsc | Total Noticed: 3 |

Albert Russo (NA)
    on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor Bayview Loan Servicing  LLC ajennings@rasflaw.com

Aleisha Candace Jennings
    on behalf of Creditor OCWEN LOAN SERVICING  LLC ajennings@rasflaw.com

Deborah T. Feldstein
    on behalf of Creditor L.T. Asset Recovery  LLC dfeldstein@caplaw.net

Denise E. Carlon
    on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Bayview Loan Servicing  LLC hkaplan@rasnj.com, informationathnk@aol.com

Justin Plean
    on behalf of Creditor OCWEN LOAN SERVICING  LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Kevin M. Buttery
    on behalf of Creditor OCWEN LOAN SERVICING  LLC bkyefile@rasflaw.com

Kirsten B. Ennis
    on behalf of Debtor Jorge Orcada pacerecf@ennislegal.com  r53278@notify.bestcase.com

Miriam Rosenblatt
    on behalf of Creditor OCWEN LOAN SERVICING  LLC miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com

Phillip Andrew Raymond
    on behalf of Creditor Bayview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor Bayview Loan Servicing  LLC smncina@rascrane.com

Sindi Mncina
    on behalf of Creditor OCWEN LOAN SERVICING  LLC smncina@rascrane.com

Steven K. Eisenberg
    on behalf of Creditor OCWEN LOAN SERVICING  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

TOTAL: 16