| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jorge Orcada | Social Security number or ITIN   xxx–xx–2395 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–18547–MBK | |

## Order of Discharge                                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jorge Orcada

10/13/20                                                                              **By the court:** Michael B. Kaplan
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-18547-MBK |
| Jorge Orcada | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge Orcada, 59 Sharot Street, Carteret, NJ 07008-2908 |
| cr | + | Bayview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | L.T. Asset Recovery, LLC, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | OCWEN LOAN SERVICING, LLC, Stern & Eisenberg, PC, 1040 North Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 515496840 | | Account Resolution Services, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 515496841 | | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 515496851 | ++ | BONDED COLLECTION CORPORATION, PO BOX 2248, NORCROSS GA 30091-2248 address filed with court:, Bonded Collection Corporation, 29 East Madison Street, Suite 1650, Chicago, IL 60602-4404 |
| 515593316 | + | Deustche Bank National Trust Co., Trustee(See B10), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 515496858 | + | Emergency Phy Assoc North Jersey, PC, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 515496859 | + | Encore Receivable Management, P.O. Box 3330, Olathe, KS 66063-3330 |
| 515496862 | + | FMS, P.O. Box 707600, Tulsa, OK 74170-7600 |
| 515496864 | + | Frien, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 515496865 | + | Fulton Friedman & Gullace, LLP, P.O. Box 2123, Warren, MI 48090-2123 |
| 515658975 | + | L.T. Asset Recovery, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 515496870 | + | Leonard Franco Jr., 15 E. Centre Street, P.O. Box 771, Woodbury, NJ 08096-7771 |
| 515496876 | + | Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 515707487 | + | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 515496880 | + | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 515496881 | + | Northstar Location Services, LLC, ATN: Financial Services Dept., P.O. Box 49, Bowmansville, NY 14026-0049 |
| 515496882 | + | Ocwen Loan Servicing, 1661 Worthington Rd, Ste 100, Managing Agent/Officer, West Palm Beach, FL 33409-6493 |
| 516594338 | + | Ocwen Loan Servicing , LLC, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 Congress Ave, Suite # 100, Boca Raton Fl. 33487-2853 |
| 515720690 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Ste #100, West Palm Beach, FL 33409-6493 |
| 515722280 | | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605,, West Palm Beach, FL 33416-4605 |
| 516346526 | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 518173159 | + | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, 1MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL, NJ 08054-4637 |
| 518173160 | + | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, 1MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL, NJ 08054, PHH MORTGAGE CORPORATION BANKRUPTCY DEPARTMENT 08054-4637 |
| 515496883 | + | Pellegrino & Feldstein, 290 Rt 46 West, Denville, NJ 07834-1239 |
| 515496884 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 515496888 | + | SLS, 8742 Lucent Blvd. Suite 300, Littleton, CO 80129-2386 |
| 515496887 | + | Shoprite, Cardmember Services, P.O. Box 15325, Wilmington, DE 19886-5325 |
| 515496890 | + | The Home Depot Credit Services, Processing Center, Des Moines, IA 50364-0001 |
| 515496891 | + | University Radiology Group, P.O. Box 1075, East Brunswick, NJ 08816-1075 |
| 515517342 | + | Vanz, LLC, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 15-18547-MBK    Doc 90    Filed 10/15/20    Entered 10/16/20 00:40:56    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2020 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2020 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515496842 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 13 2020 20:28:00 | Alliance One Receivables Mgmt., Inc., 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 515496844 | + | EDI: AMEREXPR.COM | Oct 14 2020 00:23:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 515496843 | + | EDI: AMEREXPR.COM | Oct 14 2020 00:23:00 | American Express, P.O. Box 26312, Lehigh Valley, PA 18002-6312 |
| 515681652 | | EDI: BECKLEE.COM | Oct 14 2020 00:23:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515514596 | | EDI: AIS.COM | Oct 14 2020 00:23:00 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 515496845 | | EDI: ACCE.COM | Oct 14 2020 00:23:00 | Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 |
| 515496847 | | EDI: BANKAMER.COM | Oct 14 2020 00:23:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 518580306 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 13 2020 20:30:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518580307 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 13 2020 20:30:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 515496850 | + | EDI: HFC.COM | Oct 14 2020 00:23:00 | Best Buy, Retail Services, P.O. Box 17298, Baltimore, MD 21297-1298 |
| 515496854 | + | EDI: CBCSI.COM | Oct 14 2020 00:23:00 | CBCS, P.O. Box 163250, Columbus, OH 43216-3250 |
| 515496852 | + | EDI: CAPITALONE.COM | Oct 14 2020 00:23:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 515496853 | + | EDI: RMSC.COM | Oct 14 2020 00:23:00 | Care Credit, GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 515496856 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2020 21:01:19 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 515496872 | | EDI: CITICORP.COM | Oct 14 2020 00:23:00 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 515496857 | | EDI: DISCOVER.COM | Oct 14 2020 00:23:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 515506759 | | EDI: DISCOVER.COM | Oct 14 2020 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515496860 | + | Email/Text: bknotice@ercbpo.com | Oct 13 2020 20:30:00 | Enhanced Recovery Co., LLC, 8014 Baybery Road, Jacksonville, FL 32256-7412 |
| 515496861 | + | Email/Text: data_processing@fin-rec.com | Oct 13 2020 20:29:00 | Financial Recovery Service, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 515496863 | + | EDI: WFNNB.COM | Oct 14 2020 00:23:00 | Fortunoff, P.O. Box 659569, San Antonio, TX 78265-9569 |
| 515496866 | + | EDI: RMSC.COM | Oct 14 2020 00:23:00 | GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 515496867 | | EDI: IIC9.COM | Oct 14 2020 00:23:00 | IC System, Inc., PO box 64437, Saint Paul, MN |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: 3180W | Total Noticed: 68 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55164-0437 |
| 515496868 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2020 20:28:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 515496869 | | Email/Text: bankruptcy@afflo.com | Oct 13 2020 20:30:00 | Leading Edge Recovery Solutions, PO Box 129, Linden, MI 48451-0129 |
| 515496871 | + | EDI: RMSC.COM | Oct 14 2020 00:23:00 | Lowe's, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 515496873 | + | EDI: MID8.COM | Oct 14 2020 00:23:00 | MCM, Dept. 12421, P.O.Box 603, Oaks, PA 19456-0603 |
| 515496877 | + | EDI: MID8.COM | Oct 14 2020 00:23:00 | Midland Credit Management, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 515519692 | + | EDI: MID8.COM | Oct 14 2020 00:23:00 | Midland Credit Management, Inc., as agent for Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 515496878 | + | Email/Text: apierce@nrsolutionsllc.com | Oct 13 2020 20:30:00 | National Recovery Solutions, LLC, P.O. Box 322, Lockport, NY 14095-0322 |
| 515722221 | | EDI: PRA.COM | Oct 14 2020 00:23:00 | Portfolio Recovery Associates, LLC, c/o Fortunoff Visa, POB 41067, Norfolk VA 23541 |
| 515496886 | + | Email/Text: rwjebn@rwjbh.org | Oct 13 2020 20:30:00 | Robert Wood Johnson, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 515665857 | | EDI: NEXTEL.COM | Oct 14 2020 00:23:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 515496889 | + | EDI: WTRRNBANK.COM | Oct 14 2020 00:23:00 | Target National Bank, c/o Target Credit Services, PO Box 59317, Minneapolis, MN 55459-0317 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515496855 | | Chase, Cardmember Services, P.O. Box 15153 |
| cr | *+ | OCWEN LOAN SERVICING, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 515681653 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515496846 | * | Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 |
| 515496848 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 515496849 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 515496874 | *+ | MCM, Dept. 12421, P.O. Box 603, Oaks, PA 19456-0603 |
| 515496879 | *+ | National Recovery Solutions, LLC, P.O. Box 322, Lockport, NY 14095-0322 |
| 516909542 | *+ | Ocwen Loan Servicing , LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 515496885 | * | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 515496875 | ##+ | MCS Claim Services, 123 Frost Street, Suite 150, Westbury, NY 11590-5027 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor OCWEN LOAN SERVICING  LLC ajennings@rasflaw.com |
| Aleisha Candace Jennings | on behalf of Creditor Bayview Loan Servicing  LLC ajennings@rasflaw.com |
| Deborah T. Feldstein | on behalf of Creditor L.T. Asset Recovery  LLC dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Bayview Loan Servicing  LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Justin Plean | on behalf of Creditor OCWEN LOAN SERVICING  LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Kevin M. Buttery | on behalf of Creditor OCWEN LOAN SERVICING  LLC bkyefile@rasflaw.com |
| Kirsten B. Ennis | on behalf of Debtor Jorge Orcada pacerecf@ennislegal.com  r53278@notify.bestcase.com |
| Miriam Rosenblatt | on behalf of Creditor OCWEN LOAN SERVICING  LLC miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Bayview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor Bayview Loan Servicing  LLC smncina@rascrane.com |
| Sindi Mncina | on behalf of Creditor OCWEN LOAN SERVICING  LLC smncina@rascrane.com |
| Steven K. Eisenberg | on behalf of Creditor OCWEN LOAN SERVICING  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |

TOTAL: 16